# JS 44 (Rev. 10/20) CIVIL COVER SHEET

I. (a) PLAINTIFF Jeffrey Quimby Revocable Living Trust (Pro Se Litigant)
   County of Residence: Los Angeles County, CA

DEFENDANTS
   City of Los Angeles, Los Angeles Police Department,
   Officer Pearce #43984, Officer Kwasaman #45024, Officer Anderson #N3954,
   Sgt. Douglas #39549, City of Beverly Hills, Beverly Hills Police Department,
   Officer Michael R. Moore, Kristen Kolenda, Brian Sam, Luis Jurado,
   Jeffrey Quimby Revocable Living Trust, Judge [.        ], Clerk [.       ]
   County of Residence: Los Angeles County, CA

II. BASIS OF JURISDICTION
   ■ 3 U.S. Government Defendant
   ■ 4 Diversity

III. CITIZENSHIP OF PRINCIPAL PARTIES
   Plaintiff: ■ 1 Private Citizen under UCC Law of This State
   Defendants: ■ 1 Citizens of This State

IV. NATURE OF SUIT
   ■ 440 Other Civil Rights (42 U.S.C. §1983)
   ■ 470 Racketeer Influenced and Corrupt Organizations (RICO)
   ■ 422 Appeal 28 USC §158
   ■ 550 Civil Rights – ADA

V. ORIGIN
   ■ 1 Original Proceeding

VI. CAUSE OF ACTION
   42 U.S.C. §§ 1983, 1985, 1986, 12101; 18 U.S.C. §§ 241, 242, 1961
   Constitutional violations: False arrest, excessive force, due process, ADA, RICO.

VII. REQUESTED IN COMPLAINT ■ Class Action under Rule 23, F.R.Cv.P.
   ■ Demand: $42,000,000
   ■ Jury Demand: Yes

VIII. RELATED CASE(S) IF ANY
   Judge: _____   Docket Number: CF# 23-003087 _____

IX. SIGNATURE OF PRO SE ATTORNEY OF RECORD
   /s/ Jeffrey Quimby (Pro Se) Sui Juris
   Date: 2025-06-08

Case number: 2:25-cv-05349-JFM-BFM