# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeffrey Quimby<br><br>Plaintiff(s)/Petitioner(s)<br><br>v.<br><br>Los Angeles Police Department, et al.<br><br>Defendant(s)/Respondent(s) | Case No. 2:25-cv-05349-JFW-BFM<br><br>**ORDER RE: REPORT AND RECOMMENDATION ON REQUEST TO PROCEED**<br>***IN FORMA PAUPERIS***<br><br>CIVIL RIGHTS, HABEAS, AND SOCIAL SECURITY |

The Court has reviewed the Report and Recommendation prepared by the United States Magistrate Judge on Plaintiff(s)'/Petitioner(s)' Request to Proceed *In Forma Pauperis* and the documents submitted with the IFP Request. The Court:

☒ accepts the findings, conclusions and recommendations of the Magistrate Judge.
☐ rejects the findings, conclusions and recommendations of the Magistrate Judge.
☐ _____, the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Request to Proceed *In Forma Pauperis* is:

☐ **DENIED.** Plaintiff/Petitioner must pay the filing fees in full within 30 days of this order.
☒ **DENIED.** This case is DISMISSED ☐ with prejudice. ☒ without prejudice. **(JS-6).**
☐ **DENIED,** with leave to amend ☐ the IFP application ☐ the complaint/petition within 30 days.
   If Plaintiff/Petitioner fails to submit the required documents within 30 days, this case will be dismissed.
☐ **GRANTED.**
☐ **GRANTED. IT IS FURTHER ORDERED that:**
   In accordance with 28 U.S.C. § 1915, the prisoner-Plaintiff owes the Court the total filing fee of $350.00. An initial partial filing fee of $_____ must be paid within 30 days of this Order. Thereafter, monthly payments must be forwarded to the Court in accordance with 28 U.S.C. § 1915(b)(2). Failure to pay the filing fee, as ordered, may result in dismissal of the case.
☐ **GRANTED;**
   ☐ the Court will screen the complaint under 28 U.S.C. § 1915(e)(2)(B) and, if applicable, § 1915A.
   ☐ the Court will screen the petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

☐ Other:

Dated: December 2, 2025

By: /s/ John F. Walter
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

CV-73OR 9/25       Order Re: Report and Recommendation on Request to Proceed *In Forma Pauperis*
                   (Civil Rights, Habeas, and Social Security)