FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 30 2025
CENTRAL DISTRICT OF CALIFORNIA
BY DVE DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Jeffrey Y Quimby

710 Calle Cumbre

San Clemente, California 92673

usnotaryagent@gmail.com

JEFFREY Y. QUIMBY,
Plaintiff,

v.

ALL DEFENDANTS,
Defendants.

Case No.: 2:2025-cv-05349-JFW-BFM

MOTION TO STRIKE MAGISTRATE (BRIANNA FULLER MIRCHEFF)/ JUDGE JOHN F. WALTER JUDGE'S ORDER
AND FOR SANCTIONS

## I. INTRODUCTION

Plaintiff moves to strike all magistrate judge orders entered without consent and in violation of Rule 8 standards.

## II. LACK OF JURISDICTION – NINTH CIRCUIT AUTHORITY

1. Magistrate judges lack authority absent consent. Williams v. King, 875 F.3d 500 (9th Cir. 2017).
2. Void orders must be vacated. Reynaga v. Cammisa, 971 F.2d 414 (9th Cir. 1992).

## III. RULE 8 MISAPPLICATION

3. Rule 8 is notice pleading only. Starr v. Baca, 652 F.3d 1202 (9th Cir. 2011).
4. Dismissal based on length or complexity is reversible error. Hearns v. San Bernardino Police Dep't, 530 F.3d 1124 (9th Cir. 2008).

## IV. SANCTIONS

5. The conduct constitutes abuse of authority and denial of due process.

V. RELIEF REQUESTED

Plaintiff requests vacatur, reassignment, sanctions, and further relief of $42,000,000.00 (Forty Two Million Dollars)

Respectfully submitted,

______________________________

Jeffrey Y. Quimby
Plaintiff, Pro Se, Sui Juris

Without Recourse
Date: 12/24/2025