**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

JEFFREY QUIMBY,

Plaintiff,

v.

LOS ANGELES POLICE DEPARTMENT, et al.,

Defendants.

No. 2:25-cv-05349-MRA-BFM

**ORDER DENYING MOTION TO STRIKE AND FOR SANCTION**

This order concerns a pro se civil rights complaint filed by Plaintiff Jeffrey Quimby. After the Complaint was filed, the case was referred to the assigned Magistrate Judge for all preliminary matters and for preparation of a report and recommendation concerning the disposition of the case. (ECF 4.) The Magistrate Judge issued an order to show cause why the Complaint should not be dismissed (ECF 11) and upon receiving a response, ordered the case dismissed with leave to amend (ECF 13). Plaintiff filed an amended complaint, and, again, the Magistrate Judge dismissed it with leave to amend. (ECF 14, 16.) After Plaintiff filed his Second Amended Complaint, the Magistrate Judge prepared a Report and Recommendation, in which she recommended that the pending application for in forma pauperis status be denied and that the case be dismissed. (ECF 18.) The previously assigned District Judge accepted that recommendation and dismissed the case without further leave to amend. (ECF 19.) The case was then closed.

Shortly thereafter, Plaintiff again attempted to amend his complaint. (ECF 20.) The Magistrate Judge struck the document, given that the case was already closed. (ECF 21.) Plaintiff then filed the motions now under review: a motion to strike all orders issued by the Magistrate Judge and to sanction her.

With respect to the request to strike, Plaintiff argues that the Magistrate Judge lacked authority to enter order because he did not consent to her authority, and that she misapplied Rule 8. (ECF 22 at 1.) His request for sanctions is premised on violations of the rules governing judicial conduct and for the Magistrate Judge's alleged role in a RICO enterprise.

None of these requests has merit. Plaintiff need not consent to the Magistrate Judge before this Court may refer pretrial matters to her. *See* 28 U.S.C. § 636(b)(1)(A). Moreover, Plaintiff does not offer any concrete argument why the Court should reconsider the Rule 8 analysis adopted in earlier orders. *See* C.D. Cal. Local Rule 7-18 (stating grounds for reconsidering an order). Plaintiff has not pointed to any conduct on the part of the Magistrate Judge that would justify sanctions or discipline. The Motions (ECF 22, 23) are **denied**.

The Court notes that the previously assigned District Judge recused himself shortly after dismissing the case. While the Court has no reason to believe the earlier decision was infected with any conflict of interest, or even the appearance of a conflict, to avoid any doubt, the Court **vacates** the Order accepting the Report and Recommendation, orders the Clerk's Office to **reopen** the case, and instructs the Magistrate Judge to reissue the previously issued Report and Recommendation. Any objections to the Report and Recommendation shall be filed within **14 days** of the reissuance of the Report and Recommendation. The Court will then issue an order on the Magistrate Judge's Recommendation.

**IT IS SO ORDERED.**

DATED: February 2, 2026

HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES MAGISTRATE JUDGE